IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPACETIME3D, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.  6:22-cv-00149 <br><br> JURY TRIAL DEMANDED |

**Declaration of Adam Tisdall in Support of SpaceTime's Claim Construction Response Brief**

I, Adam Tisdall, declare as follows:

1. I am an attorney with Susman Godfrey, LLP and a member of the Texas state bar. I represent Plaintiff SpaceTime3D, Inc. ("SpaceTime") in the above-captioned case.

2. I submit this declaration in support of SpaceTime's Claim Construction Response Brief. I make this declaration of my own personal knowledge and I could and would testify to it if called as a witness.

3. Attached as Exhibit 1 is a true and correct copy of *Texture Mapping as a Fundamental Drawing Primitive* by Paul Haeberli, et al.

4. Attached as Exhibit 2 is a true and correct copy of *As-Rigid-As-Possible Shape Manipulation* by Takeo Igarashi, et al.

5. Attached as Exhibit 3 is a true and correct copy of *Image Deformation Using Moving Least Squares* by Scott Schaefer, et al.

6. Attached as Exhibit 4 is a true and correct copy of U.S. Patent No. 8,881,048.

7. Attached as Exhibit 5 is a true and correct copy of U.S. Patent No. 9,696,868.

1

8. Attached as Exhibit 6 is a true and correct copy of the Declaration of Dr. Scott Schaefer.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 22nd day of September, 2022 in Harris County, Texas.

                                                    /s/ Adam Tisdall
                                                    Adam Tisdall